UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

5 PLUS 7, Inc. and CHRISTOPHER CARDILLO a/k/a CS CARDILLO,

        Plaintiffs,

-against-

BRITISH BROADCASTING CORPORATION, BBC WORLDWIDE PRODUCTIONS, BBC WORLDWIDE AMERICAS, INC., NBC UNIVERSAL INC., PATRICK YOUNGE, TRAVEL MEDIA INC. d/b/a THE TRAVEL CHANNEL and/or d/b/a
TRAVEL CHANNEL.COM and COX COMMUNICATIONS, INC.,

        Defendants.

---

Date of Service: September 22, 2009

Case No. 09-CV-2255 (DLI) (JO)

***ELECTRONICALLY FILED***

ORAL ARGUMENT REQUESTED

## REPLY MEMORANDUM IN SUPPORT OF COX COMMUNICATIONS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

    ARENT FOX LLP
    Savalle C. Sims, Esq. (SS 4191)
    Leah C. Montesano, Esq. (LM 8565)
    1050 Connecticut Avenue, NW
    Washington, DC 20036-5339
    Telephone: (202) 857-6000
    Facsimile:  (202) 857-6395

    -and-

    David N. Wynn, Esq. (DW 8660)
    1675 Broadway
    New York, New York 10019
    Telephone: (212) 484-3900
    Facsimile:  (212) 484-3990

    *Attorneys for Defendant Cox Communications, Inc.*

Plaintiffs 5 Plus 7, Inc. and Christopher Cardillo a/k/a CS Cardillo (collectively referred to as "Cardillo") have improperly included Cox Communications in this litigation based solely on the fact that Cox Communications is the parent company of Defendant Cox TMI, Inc., f/k/a/ Travel Media, Inc. ("Travel Channel").[1]  Cardillo's Complaint is devoid of a single allegation of wrongdoing purportedly committed by Cox Communications.  As discussed in Cox Communications' initial Memorandum of Law, Cox Communications' status as a parent corporation alone cannot support Cardillo's claims against Cox Communications.  Cardillo's Affidavit in Opposition does not dispute this well settled principal.  Accordingly, Cardillo's claims against Cox Communications should be dismissed in their entirety with prejudice.

Respectfully submitted,

ARENT FOX LLP

   By:   /s/ Savalle C. Sims         
     Savalle C. Sims (SS 4191)
     Leah C. Montesano (LM 8565)
     ARENT FOX LLP
     1050 Connecticut Avenue, N.W.
     Washington, DC 20036
     Telephone:  (202) 857-6000
     Facsimile:  (202) 857-6395
     E-Mail:  sims.savalle@arentfox.com
     E-Mail:  montesano.leah@arentfox.com

     David  N. Wynn (DW 8660)
     ARENT FOX LLP
     1675 Broadway
     New York, New York 10019
     Telephone:  (212) 484-3900
     Facsimile:  (212) 484-3990
     E-Mail:  wynn.david@arentfox.com

     *Attorneys for Defendant Cox Communications, Inc.*

Of Counsel
Anthony V. Lupo, Esq.
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395

*Attorneys for Defendant Cox Communications, Inc.*

---

[1] The Plaintiffs have named Travel Media Inc. as a defendant in this action.  The correct corporate name for Travel Media, Inc. is Cox TMI, Inc.